Harry R. Harmon, Esq., *Admitted Pro Hac Vice*
Lori N. Nacht, Esq., *Admitted Pro Hac Vice*
Susan Zeamer, Esq., *Admitted Pro Hac Vice*
HARMON & DAVIES, P.C.
1428 S. Jones Blvd.
Las Vegas, NV 89146
(702) 733-0036; (702) 733-1774 (Fax)

David P. King, Cal. State Bar No. 136765
KING & MILLER, LLP
2 North Lake Avenue, Suite 200
Pasadena, CA 91101
(626) 304-9001; (626) 304-9002 (Fax)

Attorneys for Defendant
MASTERFOODS USA, INC

JS-6

# UNITED STATES DISTRICT COURT FOR

## THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY ALEXANDROVICH,<br><br>       Plaintiff,<br><br>   vs.<br><br>MASTERFOODS USA, INC., an unknown business organization; and DOES 1 through 100 inclusive,<br><br>       Defendants. | Case No. SACV07-764 CJC(PLAx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS SO ORDERED that the Stipulation For Dismissal With Prejudice filed January 23, 2009, be adopted for the above-entitled case and that this case be dismissed with prejudice.

   DATED this 26th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

1